# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-245M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| CRYSTAL MARLENE WEAVER, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Possession of Stolen Mail

<u>Date of Detention Hearing</u>:   June 17, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged by Complaint with unlawful possession of approximately 100 pieces of stolen mail.

(2)   Defendant has a criminal history that includes felonies such as possession of stolen property, forgery, identity theft, VUCSA, theft, criminal trespass and possession of a controlled

substance without prescription. Her record includes numerous failures to appear for hearings. She has an outstanding, extraditable warrant from Everett Municipal Court for failure to appear for a hearing. She was terminated from King County drug court for failing to pay restitution. She was terminated from drug treatment while in prison due to too many absences, which she attributes to being required to attend a number of court appearances related to ongoing cases.

(3) Defendant admits to a substance abuse problem including alcohol abuse at an early age, marijuana use and a daily methamphetamine habit until placed into custody in November 2004.

(4) Defendant poses a risk of nonappearance based on failing to appear for court numerous times, an outstanding warrant and controlled substance addiction. She poses a risk of danger due to criminal history, the nature of the offense, and substance abuse history.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01        counsel for the defendant, to the United States Marshal, and to the United States

02        Pretrial Services Officer.

03    DATED this  17th  day of June, 2005.

04

05                                    _____
                                      Mary Alice Theiler
06                                    United States Magistrate Judge

DETENTION ORDER                                                                      15.13
18 U.S.C. § 3142(i)                                                               Rev. 1/91
PAGE 3