# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>    )<br>        Plaintiff, )<br>    )<br>    vs. )<br>    )     **CR05-241 RSL**<br>    )<br>CRYSTAL WEAVER, )<br>    )<br>        Defendant. )     **MINUTE ORDER** | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Counsel have requested the evidentiary hearing be continued. The request is GRANTED. The evidentiary hearing on revocation is hereby continued to Tuesday, January 9, 2007, at 10:00am. The hearing will be conducted by the Honorable Mary Alice Theiler, United States Magistrate Judge.

Dated this 19th day of December , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**