UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR05-241 RSL |
| Plaintiff, | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| v. | |
| CYRSTAL M. WEAVER, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 26, 2007. The United States was represented by Leonie Grant. The defendant was represented by Michael Filipovic.

## CONVICTION AND SENTENCE

Defendant had been convicted of Possession of Stolen Mail on or about December 16, 2005. The Hon. Robert S. Lasnik of this Court sentenced Defendant to 13 months of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation officer Jennifer Tien alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Failing to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer, in violation of standard condition 3;

(2) Using cocaine on or before November 27, 2006, in violation of standard condition 7.

(3) Failing to report law enforcement contact withing 72 hours of being arrested or questioned by a law enforcement officer, in violation of standard condition 11.

(4) Associating with persons engaged in criminal activity, and or convicted of a felony, without the permission of the probation officer, in violation of standard condition 9.

(5) Failing to participate in drug aftercare, as instructed by her probation officer and her Department of Corrections officer, in violation of the special condition of drug after care.

(6) Distribution of controlled substances, cocaine, in violation of RCW 69.50.4012, and in violation of the general condition that the defendant not commit any federal, state or local crimes.

I advised the defendant of these charges and of her constitutional rights. The defendant admitted to violations 1, 3, 4, and 5. Regarding violation 2, the defendant stipulated to Exhibits # 1 and # 2, and thereby the Court finds from these two exhibits that the defendant did commit violation 2. The defendant also waived any hearing as to whether these violations occurred and consented to having the matter set for a disposition hearing.

The Government has agreed to dismiss violation 6. The Government has also agreed to recommend a sentence of five months confinement with credit for time served.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged and set the matter for a disposition hearing. Defendant has been detained pending a final determination by the Court.

DATED this 27th day of April, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge         :   Hon. Robert S. Lasnik
     Assistant U.S. Attorney  :   Leonie Grant
     Defense Attorney         :   Michael Filipovic
     U. S. Probation Officer  :   Jennifer Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-